# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

|  |  |  |
|---|---|---|
| ELLIS RAY COOPER, | ) | No. ED CV 15-00964-VBF (PLA) |
|            Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
|            Respondent. | ) | |

     Pursuant to the order accepting the magistrate judge's report and recommendation, final judgment is hereby entered in favor of respondent and against petitioner Ellis Ray Cooper.

DATED:  November 3, 2015

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE